**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PAULETTE JONES, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 2:19-cv-01425 |
| | : | |
| AMICA MUTUAL INSURANCE CO., | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of April, 2020, as stated on the record during the telephone conference held on April 17, 2020, it is **ORDERED** that Defendant Amica Mutual Insurance Company's Motion for Protective Order Pursuant to F.R.C.P. 26(c) (ECF No. 41) is **GRANTED** without prejudice to Plaintiff to renew its request to depose Amica Mutual Insurance Company after the Court has resolved Defendant's Motion to Dismiss.


                                                _s/ANITA B. BRODY, J._____
                                                ANITA B. BRODY, J.


Copies **VIA ECF**  **04/17/2020**