**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PAULETTE JONES, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 19-1425 |
| : | |
| AMICA MUTUAL INSURANCE CO., : | |
|     Defendant. : | |

## ORDER

**AND NOW**, this 21st day of July 2020, it is **ORDERED** that Amica Mutual Insurance Company's Motion to Dismiss Count II of Defendant's First Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 36) is **GRANTED**.

                                               _s/ANITA B. BRODY, J.___
                                               ANITA B. BRODY, J.

Copies VIA ECF 07/21/2020